FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2025 FEB 19  P 1: 38

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRE ROSE,<br><br>    Defendant. | No. 1:25-cr-37 |

## CRIMINAL INFORMATION

Count One
*(Conspiracy to Distribute Suboxone to a Prisoner)*

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about September 11, 2024, through on or about December 3, 2024, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, TRE ROSE, and MI'KAYLA DYNASTY ALSTON conspired, confederated, and agreed, in violation of Title 18, United States Code, Section 1791(a)(1), to provide a prohibited object, to wit: Suboxone (buprenorphine-naloxone), a narcotic drug, to an inmate of a prison, to wit: the William G. Truesdale Adult Detention Center, a prison, institution, and facility in which persons are held in custody pursuant to a contract and agreement with the Attorney General.

(All in violation of Title 18, United States Code, Section 371.)

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Marc J. Birnbaum
Annie Zanobini
Assistant United States Attorneys